263 So.2d 511

**In re Jack CAHILL**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**1 Div. 737.**

Supreme Court of Alabama.

June 8, 1972.

William J. Baxley, Atty. Gen., and Sarah V. Maddox, Asst. Atty. Gen., for the State.

No brief for respondent.

HEFLIN, Chief Justice.

Petition of the State by its Attorney General for Certiorari to the Court of

**736**

Criminal Appeals to review and revise the judgment and decision of that Court in Cahill v. State, 263 So.2d 507.

Writ denied.

MERRILL, COLEMAN, HARWOOD, BLOODWORTH, MADDOX and McCALL, JJ., concur.